NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THOMAS A. DELANNO, JR., a/k/a )
THOMAS DELANNOY and )
SOURILATH DELANNOY, )
)
    Appellants, )
)
v. )    Case No. 2D17-3703
)
U.S. BANK NATIONAL ASSOCIATION, )
AS TRUSTEE FOR CITIGROUP )
MORTGAGE LOAN TRUST )
2007-WFHE2, ASSET-BACKED )
PASS-THROUGH CERTIFICATES, )
SERIES 2007-WFHE2; BROOKSHIRE )
ESTATES HOMEOWNERS )
ASSOCIATION, INC.; and UNITED )
STATES OF AMERICA, INTERNAL )
REVENUE SERVICE, )
)
    Appellees. )
_____)

Opinion filed June 5, 2019.

Appeal from the Circuit Court for
Hillsborough County; Emmett L. Battles,
Judge.

Thomas A. Delanno, Jr., a/k/a
Thomas Delannoy and
Sourilath Delannoy, pro se.

Sara F. Holladay-Tobias, Emily Y.
Rottmann, Brittney Lauren Difato, and
C.H. Houston, III, of McGuireWoods LLP,
Jacksonville, for Appellee US Bank

National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-12.

No appearance for remaining Appellees.


PER CURIAM.

     Affirmed.


SALARIO and ATKINSON, JJ., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE, Concur.